**STATE of Missouri, Respondent,**

v.

**Harry LACKEY, Appellant.**

No. 73200.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

Jan Shelly, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of one count of a class B felony sale of a con-

trolled substance in violation of Section 195.211 RSMo 1994 on which he was sentenced to twelve years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).